SO ORDERED.

**TIFFANY & BOSCO**
P.A.

Dated: November 30, 2009



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-09996/0005483702

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel H. Thanos and Kristen A. Thanos<br>      Debtors.<br>_____<br>PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co.<br>      Movant,<br>  vs.<br>Daniel H. Thanos and Kristen A. Thanos, Debtors; Edward J. Maney, Trustee.<br>      Respondents. | No. 2:09-bk-00786-RTBP<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 25) |

     This matter having come before the Court for a Preliminary Hearing on November 16, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Monte Alan Rich, and good cause appearing,

     **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated April 12, 2007, and recorded on April 17, 2007, in the office of the Yavapai County Recorder at Book 4498, page 898 wherein PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co. is the current beneficiary and Daniel H. Thanos and Kristen A. Thanos have an interest in, further described as:

    Lot 114, PRESCOTT HIGHLANDS UNITS II-V AMENDED, according to the Plat of record in Book 45 of Maps, Page 100, records of Yavapai County, Arizona.

IT IS ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that there is to be no Trustee Sale until on or after December 1, 2009.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT